FILED

MAR 1 6 2015


JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-mj-1041-RJ

UNITED STATES OF AMERICA )
)
)
) ORDER TO SEAL
v. )
)
)
JORDAN LEE SMITH )

WHEREAS the Government has moved for an order to seal, in the captioned matter, for reasons of investigative integrity, and for good cause shown, it is hereby ORDERED that the Complaint and the affidavit in support thereof are to be sealed, except that copies of same may be provided to the United States Attorney's Office, to the investigative agent executing the affidavit and complaint, and, after an arrest is made pursuant to this complaint, to the United States Probation Office, Defendant, and Defense.

So ORDERED, this 16 day of March, 2015.

ROBERT B. JONES JR.
UNITED STATES MAGISTRATE JUDGE