IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-MJ-1041-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) ORDER ON PROBABLE CAUSE |
| | ) |
| JORDAN LEE SMITH, | ) |
| | ) |
| Defendant. | ) |

This matter came before the court for a preliminary examination regarding charges filed against Defendant contained in a criminal complaint. Defendant is charged with (1) conspiracy to steal and sell United States military equipment, in violation of 18 U.S.C. § 371, (2) larceny and sale of United States government property, in violation of 18 U.S.C. § 641 and (3) felony breaking and entering under N.C. Gen. Stat. § 14-54(a), as assimilated under 18 U.S.C. § 13. [DE-7].

At the commencement of the hearing, Defendant indicated to the court both orally and in writing his intention to waive the preliminary examination. After conducting an inquiry of Defendant and his counsel in open court, this court finds that Defendant has waived her right to a preliminary examination knowingly and voluntarily and the court accepts Defendant's waiver of his right to a preliminary examination. Based on Defendant's knowing and voluntary waiver, this court finds probable cause to hold Defendant over for the presentment of his case to the grand jury.

SO ORDERED, the 31st day of March 2015.

Robert B. Jones, Jr.
United States Magistrate Judge